### Louis E. Dioguardi et al. *v.* Court of Common Council of the City of Meriden et al.

House, C. J., Ryan, Shapiro, Loiselle and MacDonald, Js.

Assigned June 7—decided June 13, 1972

Per Curiam. No counsel for any party appeared to argue this appeal.

The appeal is dismissed.